**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's October 12, 2018 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **November 6, 2018**. Ms. Brooks is cautioned that further extensions will be disfavored.

/s/     LANA MYERS
         JUSTICE